**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sherman Lavan DOUGLAS,**
**a.k.a. Sherman Douglas,**
**Defendant–Appellant.**

No. 06–14846.

United States Court of Appeals,
Eleventh Circuit.

July 29, 2008.

Anne R. Schultz, U.S. Attorney's Office, Dawn Bowen, Stephen Schlessinger, Miami, FL, for Plaintiff–Appellee.

Robert John Becerra, Sandler, Travis and Rosenberg, Miami, FL, for Defendant–Appellant.

Before WILSON, COX and BOWMAN,* Circuit Judges.

PER CURIAM:

Sherman Lavan Douglas was convicted of violating the Hobbs Act, 18 U.S.C. § 1951(a), and he appeals that conviction and the 124–month sentence he received as a result. On appeal, Douglas argues that: (1) sufficient evidence of an interstate nexus did not exist to support the conviction; (2) his trial counsel was ineffective; (3) the district court erred in admitting testimony concerning the victims' out of court identifications of Douglas and a prior similar tourist robbery; (4) the district court erred in failing to grant Douglas's motion for judgment of acquittal on the ground of grand jury abuse; (5) the district court clearly erred in applying a two-level enhancement for bodily injury; (6) the district court erred in counting a prior conviction twice when it calculated his criminal history; and (7) the district court erred in calculating his sentence because it unreasonably departed from criminal history Category IV to Category VI.

After a careful consideration of the briefs, review of the record on appeal, and having heard oral argument in the matter, we conclude that Douglas's arguments have no merit. Accordingly, we affirm the conviction and sentence.

**AFFIRMED.**

* Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit,